**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GIANNI VERSACE, S.P.A., <br><br> Plaintiff, <br><br> v. <br><br> ZHAOFENG, et al., <br><br> Defendants. | Case No. 19-cv-03991 <br><br> **Judge Matthew F. Kennelly** <br><br> **Magistrate Judge Susan E. Cox** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Gianni Versace, S.p.A. ("Versace") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Glamaker Official Store | 218 |
| Secret Garden^_^ | 267 |
| Trendy Club Store | 318 |

Dated this 13th day of September 2019.      Respectfully submitted,

/s/ RiKaleigh C. Johnson
Paul G. Juettner
Justin R. Gaudio
RiKaleigh C. Johnson
Abby M. Neu
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
pjuettner@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
aneu@gbc.law

*Counsel for Plaintiff Gianni Versace, S.p.A.*